

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 1 3 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AUBREY W. ZIEGLER           PLAINTIFF(S)

V.        Civil No. 08-2011

AMERICAN AGENCIES,           DEFENDANT(S)
dba American Agencies of California

### CLERK'S ORDER OF DISMISSAL

On this 13th day of March, 2008, the plaintiff herein having filed a Motion for dismissal pursuant to Rule 41(a)(l), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

By: _____
Deputy Clerk